

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00171-CR

CHRISTOPHER J. VARGAS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 52,423-B

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

A Gregg County grand jury returned two separate indictments against Christopher J. Vargas: (1) aggravated sexual assault of a child under fourteen years old, *see* TEX. PENAL CODE ANN. § 22.021(a)(2)(B), and (2) indecency with a child by sexual contact, *see* TEX. PENAL CODE ANN. § 21.11(a)(1). Each indictment alleged a separate victim. A Gregg County jury convicted Vargas of both offenses and assessed his sentence for aggravated sexual assault of a child under fourteen years old at forty years' imprisonment and for indecency with a child by sexual contact at ten years' imprisonment; the trial court imposed those sentences and ordered that they be served concurrently.

Via a single consolidated brief appealing both judgments, Vargas challenges the trial court's denial of his motion to sever the charges for separate trials. We addressed Vargas's complaint in detail in our opinion in cause number 06-25-00170-CR. For the reasons stated in that opinion, we affirm the trial court's judgment in its entirety with respect to Vargas's conviction in this cause.


Charles van Cleef
Justice


Date Submitted:     May 16, 2025
Date Decided:      August 13, 2025

Do Not Publish

2